Jean Goldstein et al., Appellants, v. Thomas E. Murray, as Receiver of the Interborough Rapid Transit Company, Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.